John A. Ryskiewicz, appellee, v. William H. Deason et al., defendants, on appeal of North Shore Real Estate Improvement Corporation, appellant. Gen. No. 8,210.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Coral T. Heydecker and Benjamin Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Max Przyborski and Raymond G. Zack, for appellee; Sidney H. Block, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Harry Dee, administrator of the estate of Joseph G. Dee, deceased, appellee, v. The City of Peru, Illinois, appellant. Gen. No. 8,217.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Charles W. Helmig, City Attorney, and Butters & Butters, for appellant. Richolson, Armstrong & O'Meara, for appellee; John H. Armstrong, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Roy F. Hall and J. E. Goembel, appellees, v. John August Johnson, appellant. Gen. No. 8,220.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Hinchcliff, Miller & Thomas and Morris J. Hinchcliff, for appellant. Roy F. Hall and J. E. Goembel, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

V. M. Merchant, trading as Merchant Plumbing & Heating Company, appellee, v. Bessie Knight et al., appellants. Gen. No. 8,232.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930. Rehearing denied October 15, 1930.

David D. Madden, for certain appellant. William D. Knight, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.